# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **LINDSEY J. TOMPKINS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:21-CV-00196-N |
| | ) | |
| v. | ) | |
| | ) | |
| **ROYAL ADMINISTRATION** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Lindsey J. Tompkins, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), by this Notice hereby dismisses, without prejudice, this Action against Royal Administration Services, Inc., who has not filed an answer or motion for summary Judgment, with each party to bear their own costs.

Dated June 25, 2021

Respectfully submitted,

/s/*Earl P. Underwood, Jr.*
Earl P. Underwood, Jr.
**UNDERWOOD & RIEMER, PC**
21 S Section Street
Fairhope, Alabama 36532
251-990-5558 (Telephone)
251-990-0626 (Facsimile)
epunderwood@alalaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 25, 2021, I electronically filed the foregoing Plaintiff's Notice of Dismissal with the Clerk using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

/s/*Earl P. Underwood, Jr.*
**Earl P. Underwood, Jr.**